NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
**BERGER HARRISON, APC**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(949) 548-1700   Fax: (949) 548-1001
E-Mail: nsd@bergerharrison.com

Attorneys for Defendant,
*LVNV Funding, LLC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

***

| | |
|---|---|
| JON K. SCAMPTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST RECOVERY SYSTEMS, LLC, a Foreign Limited Liability Company, LVNV FUNDING, LLC, a Foreign Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No.: 2:18-cv-01885-JAD-GWF<br><br>**STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant LVNV Funding, LLC, ("LVNV") and Plaintiff Jon K. Scampton ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

LVNV's time to respond to Plaintiff's complaint (ECF No. 1), filed on September 28, 2018, will be extended from October 22, 2018 to November 12, 2018.

LVNV requires additional time to investigate Plaintiff's allegations and respond to Plaintiff's complaint. This is LVNV's first request for an extension.

DATED this 22nd day of October, 2018.

**COGBURN LAW OFFICES**

By: */s/ Erik W. Fox*
  _____
  Jamie S. Cogburn, Esq. (Bar No. 8409)
  Erik W. Fox, Esq. (Bar No. 8804)
  2580 St. Rose Parkway, Suite 330
  Henderson, Nevada 89074
  (702) 748-7777 Fax: (702) 966-3880
  jsc@cogburnlaw.com
  efox@cogburnlaw.com
  Attorneys for Plaintiff John K. Scampton

**BERGER HARRISON, APC**

By: */s/ Nakesha S. Duncan*
  _____
  Nakesha S. Duncan, Esq. (Bar No. 11556)
  3960 Howard Hughes Parkway, Suite 500
  Las Vegas, Nevada 89169
  nsd@bergerharrison.com
  Attorneys for Defendant, LVNV FUNDING, LLC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-24-2018

**STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT**